# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONI PERRY,<br><br>　　　Plaintiff<br><br>v.<br><br>C R BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>　　　Defendants | Case No.: 2:19-cv-01570-APG-BNW<br><br>**Order Dismissing Case for Lack of Subject Matter Jurisdiction** |

The MDL Master Complaint asserts that jurisdiction in this court is based on diversity and that the unofficial southern division of this district is the proper venue. ECF No. 1. However, the complaint does not contain facts regarding the parties' citizenship. It also does not allege that the amount in controversy exceeds $75,000 or facts to support that that jurisdictional threshold is satisfied. Finally, the complaint does not contain sufficient facts to determine whether the case is properly filed in the unofficial northern or southern divisions of this court. *See* LR IA 1-8(a). I therefore ordered the plaintiff to show cause in writing why this action should not be dismissed for lack of subject matter jurisdiction and to set forth facts relevant to determining in which unofficial division this case should have been filed. ECF No. 29. The plaintiff did not respond.

I THEREFORE ORDER that this action is DISMISSED without prejudice for lack of subject matter jurisdiction. The clerk of court is instructed to close this case.

DATED this 10th day of February, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE