1  ERIC W. SWANIS, ESQ.
   Nevada Bar No. 6840
2  **GREENBERG TAURIG, LLP**
   10845 Griffith Peak Drive, Suite 600
3  Las Vegas, Nevada 89135
   Telephone: (702) 792-3773
4  Facsimile:  (702) 792-9002
   Email: swanise@gtlaw.com
5
   CASEY SHPALL, ESQ.*
6  GREGORY R. TAN, ESQ.*
   *Admitted Pro Hac Vice*
7  **GREENBERG TAURIG, LLP**
   1144 15th Street, Suite 3300
8  Denver, Colorado 80202
   Telephone: (303) 572-6500
9  Email:  shpallc@gtlaw.com
            tangr@gtlaw.com
10 *Counsel for Defendants*

11                    **IN THE UNITED STATES DISTRICT COURT**

12                            **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| 13  TONI PERRY, | Case No. 2:19-cv-01570-APG-BNW |
| 14              Plaintiff, | |
| 15       v. | **STIPULATION TO EXTEND DISCOVERY AND PRE-TRIAL DEADLINES** |
| 16  C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED, | |
| 17  | **(FOURTH REQUEST)** |
| 18              Defendants. | |

20       Comes now, Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard" or
21  "Defendants") and Plaintiff Toni Perry ("Plaintiff"), by and through their undersigned counsel of
22  record, pursuant to LR IA 6-2, and hereby stipulate that the discovery deadlines be extended by sixty
23  (60) days as set forth below. This Stipulation is entered into as a result of the current national
24  emergency caused by the spread of COVID-19 and on-going difficulties in locating, subpoenaing,
25  and/or scheduling the depositions of Plaintiff's treating physicians, including Plaintiff's implanting
26  physician.
27       Pursuant to Federal Rules of Civil Procedure 6(b) and 26, and the Court's inherent authority
28  and discretion to manage its own docket, this Court has the authority to grant the requested extension.

Fed. R. Civ. P. 6(b) ("When an act may or must be done within a specified time the court may, for good cause, extend the time...."); Fed. R. Civ. P. 26(a) ("A party or any person from whom discovery is sought may move for a protective order in the court where the action is pending . . . The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense."). Furthermore, Federal Rules of Civil Procedure 26(c) and 26(d) vest the Court with authority to limit the scope of discovery or control its sequence. *Crawford-El v. Britton*, 523 U.S. 574, 598 (1998) ("Rule 26 vests the trial judge with broad discretion to tailor discovery narrowly and to dictate the sequence of discovery.").

This Court therefore has broad discretion to extend deadlines or stay proceedings as incidental to its power to control its own docket – particularly where, as here, such action would promote judicial economy and efficiency. *Bacon v. Reyes*, 2013 U.S. Dist. LEXIS 143300, at *4 (D. Nev. Oct. 3, 2013) (*citing, Munoz-Santana v. U.S. I.N.S.*, 742 F.2d 561, 562 (9th Cir. 1984)) ("Whether to grant a stay is within the discretion of the court"); *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) ("A district court has discretionary power to stay proceedings in its own court."); *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

For the foregoing reasons, the parties stipulate and respectfully request that this Court modify the current Stipulated Discovery Plan and Scheduling Order, Dkt. 45, as follows:

| PROPOSED DATE | DEADLINE |
|---|---|
| April 6, 2021 | Case-specific fact discovery closes. |
| May 7, 2021 | Plaintiff shall produce case-specific expert reports. |
| June 7, 2021 | Defendants shall produce case-specific expert reports. |
| July 6, 2021 | Plaintiff shall produce any case-specific rebuttal expert reports. |
| August 6, 2021 | Defendants shall produce any rebuttal expert reports. |
| September 7, 2021 | Deadline to depose the Plaintiff's case-specific experts. |
| October 6, 2021 | Deadline to depose the Defendants' case-specific experts. |
| November 17, 2021 | Deadline to file Daubert motions and other dispositive motions. |

2

**IT IS SO STIPULATED.**

DATED this 27th day of January 2021.

| **MARTIN BAUGHMAN, PLLC** | **GREENBERG TRAURIG, LLP** |
|---|---|
| By: */s/ Ben C. Martin*<br>BEN C. MARTIN, ESQ.*<br>bmartin@bencmartin.com<br>3710 Rawlins Street, Suite 1230<br>Dallas, Texas 75219<br>Telephone: (214) 761-6614<br>Facsimile: (214) 744-7590<br>*Admitted Pro Hac Vice<br><br>PETER C. WETHERALL, ESQ.<br>Nevada Bar No. 004414<br>pwetherall@wetherallgroup.com<br>WETHERALL GROUP, LTD.<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, Nevada 89148<br>Telephone: (702) 838-8500<br>Facsimile: (702) 837-5081<br><br>*Counsel for Plaintiff* | By: */s/ Eric W. Swanis*<br>ERIC W. SWANIS, ESQ.<br>swanise@gtlaw.com<br>Nevada Bar No. 006840<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br><br>CASEY SHPALL, ESQ.*<br>shpallc@gtlaw.com<br>GREGORY R. TAN, ESQ.*<br>tangr@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1144 15th Street, Suite 3300<br>Denver, Colorado 80202<br>Telephone: (303) 572-6500<br>*Admitted Pro Hac Vice<br><br>*Counsel for Defendants* |

ORDER

IT IS ORDERED that the parties' stipulation is GRANTED.  However, the Court instructs the parties that it is not inclined to grant additional extensions without exceptional circumstances establishing good cause.  If the parties require the Court's assistance in procuring a witness's attendance for deposition, they should file the appropriate motion with the Court.

**IT IS SO ORDERED**

**DATED:** 4:20 pm, January 29, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3